IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

LINDA SUE RACKLEFF,                )
                                   )
          Plaintiff,               )
                                   )
v.                                 )   Case No. CIV-11-199-JHP
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Defendants.              )

## JUDGMENT

Pursuant to the Minute Order dismissing this case the 2nd day of August, 2011, the Court enters judgment for the Defendant, and against the Plaintiff.

**IT IS SO ORDERED** this 2nd day of August, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma